# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAKE FOREST ACQUISITIONS, L.P.; SHAFFER ASSET MANAGEMENT CORPORATION; ROBERT P. SHAFFER, individually and as Co-Trustee of the Robert P. Shaffer Revocable Trust; and MARY SHAFFER, as Co-Trustee of the Robert P. Shaffer Revocable Trust;<br><br>        Plaintiffs,<br>vs.<br><br>VANDERBILT COMMERCIAL LENDING, INC.; and GREGORY COOK,<br><br>        Defendants. | CIVIL ACTION<br><br>No.:  2:15-cv-02167-KJM-AC<br><br>ORDER VACATING CLERK'S ENTRY OF DEFAULT |

The Court considered the parties' JOINT STIPULATION TO VACATE ENTRY OF DEFAULT.  Good cause appearing:

IT IS THEREFORE ORDERED as follows:

1. The Clerk's Entry of Default, entered on December 16, 2015, is hereby vacated.

2. Plaintiffs' Motion for Default Judgment, filed on January 13, 2016, is deemed withdrawn.

3. Defendants must respond to Plaintiffs' Complaint no later than 21 days after the Clerk's Entry of Default vacated.

IT IS SO ORDERED.

Dated:  April 15, 2016

_____
UNITED STATES DISTRICT JUDGE