| | |
|---|---|
| 1 | Maria S. Bellafronto (State Bar No. 161994) |
| | mbellafronto@hopkinscarley.com |
| 2 | Monique D. Jewett-Brewster (State Bar No. 217792) |
| | mjb@hopkinscarley.com |
| 3 | HOPKINS & CARLEY |
| | A Law Corporation |
| 4 | The Letitia Building |
| | 70 S First Street |
| 5 | San Jose, CA  95113-2406 |

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendant
WAKE FOREST ACQUISITIONS, L.P. c/o
Corporation Service Company; SHAFFER ASSET
MANAGEMENT CORPORATION c/o Corporation
Service Company; ROBERT P. SHAFFER,
individually and as Co-Trustee of the Robert P.
Shaffer Revocable Trust; and MARY SHAFFER, as
Co-Trustee of the Robert P. Shaffer Revocable Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WAKE FOREST ACQUISITIONS, L.P.; SHAFFER ASSET MANAGEMENT CORPORATION; ROBERT P. SHAFFER, individually and as Co-Trustee of the Robert P. Shaffer Revocable Trust; and MARY SHAFFER, as Co-Trustee of the Robert P. Shaffer Revocable Trust, | CASE NO: 2:15-CV-02167-KJM-AC |
| | **STIPULATION AND [PROPOSED] ORDER TO EXTEND VDRP DEADLINE** |
| Plaintiffs, | Judge:    Hon. Kimberly J. Mueller |
| v. | |
| VANDERBILT COMMERCIAL LENDING, INC.; and GREGORY COOK, | |
| Defendants. | |
| VANDERBILT COMMERCIAL LENDING, INC. | |
| Counterclaim-Plaintiff, | |
| v. | |

WAKE FOREST ACQUISITIONS, L.P.,

        Counterclaim-Defendant.

WHEREAS, on October 28, 2016, the NOTICE OF APPOINTMENT from VDRP Administrator appointing William Robinson, of Best Best & Krieger LLP, as VDRP Neutral Attorney pursuant to Local Rule 271 (e)(1) was entered on the Docket (Dkt. No. 33);

WHEREAS, Local Rule 271 (e)(1) requires the parties to complete the proposed ADR with 91 days after the Neutral is selected, which makes January 27, 2017 the deadline for the parties completing their VDRP session in this case;

WHEREAS, having not heard from the Neutral whatsoever, on January 10, 2017, counsel for Plaintiffs contacted Mr. Robinson;

WHEREAS, Mr. Robinson wrote to all parties to this litigation on January 13, 2017, setting a preliminary telephone conference for January 31, 2017 at 11:00 a.m.; and

WHEREAS, at that time, Mr. Robinson proposed several mediation session dates in February and March 2017.

THEREFORE, since the parties will not be able to complete the mediation within the required 91 day timeframe, the parties hereby agree and stipulate that, subject to the Court's approval, that the ADR completion deadline be extended through and including March 17, 2017 to allow the parties to complete the ADR process.

Dated: January 24, 2017        HOPKINS & CARLEY
                                      A Law Corporation

By: */s/ Monique D. Jewett-Brewster*
    Maria S. Bellafronto
    Monique D. Jewett-Brewster
    Attorneys for Plaintiffs and Counter-Defendant

///

///

Dated: January 24, 2017                     BOUTIN JONES INC.


                                            By: */s/ Kelley M. Lincoln*
                                                Robert D. Swanson, Esq.
                                                Kelley M. Lincoln, Esq.
                                                Attorneys for Defendant Gregory Cook
                                                and Defendant and Counterclaim-Plaintiff
                                                VANDERBILT COMMERCIAL
                                                LENDING, INC.


     IT IS SO ORDERED.

Dated:  January 27, 2017

                                            _____
                                            UNITED STATES DISTRICT JUDGE