Maria S. Bellafronto (State Bar No. 161994)
mbellafronto@hopkinscarley.com
Monique D. Jewett-Brewster (State Bar No. 217792)
mjb@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Plaintiffs and Counter-Defendant
WAKE FOREST ACQUISITIONS, L.P. c/o
Corporation Service Company; SHAFFER ASSET
MANAGEMENT CORPORATION c/o Corporation
Service Company; ROBERT P. SHAFFER,
individually and as Co-Trustee of the Robert P.
Shaffer Revocable Trust; and MARY SHAFFER, as
Co-Trustee of the Robert P. Shaffer Revocable Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WAKE FOREST ACQUISITIONS, L.P.; SHAFFER ASSET MANAGEMENT CORPORATION; ROBERT P. SHAFFER, individually and as Co-Trustee of the Robert P. Shaffer Revocable Trust; and MARY SHAFFER, as Co-Trustee of the Robert P. Shaffer Revocable Trust,<br><br>Plaintiffs,<br><br>v.<br><br>VANDERBILT COMMERCIAL LENDING, INC.; and GREGORY COOK,<br><br>Defendants. | CASE NO. 2:15-CV-02167-KJM-AC<br><br>**STIPULATION AND ORDER TO EXTEND FACT DISCOVERY CUTOFF DATE**<br><br>Judge: Hon. Kimberly J. Mueller |
| VANDERBILT COMMERCIAL LENDING, INC.<br><br>Counterclaim-Plaintiff,<br><br>v. | |

| 1 | WAKE FOREST ACQUISITIONS, L.P., |
| 2 | Counterclaim-Defendant. |

WHEREAS, on June 21, 2016, the Status (Pretrial Scheduling) Order ("Scheduling Order") was entered on the Docket (Dkt. No. 30);

WHEREAS, pursuant to the Court's Scheduling Order, all fact discovery shall be completed in this case by March 10, 2017;

WHEREAS, counsel for Defendant Gregory Cook has advised the parties of Mr. Cook's health problems, and Mr. Cook's health problems have affected the parties' ability to schedule depositions prior to the current discovery cutoff date;

WHEREAS, the parties wish to continue the fact discovery cutoff date without impacting the dates currently set for the Final Pretrial Conference and Trial in this case;

THEREFORE, since the parties will not be able to complete fact discovery by the current cutoff date, the parties hereby agree and stipulate that, subject to the Court's approval, the fact discovery cutoff date shall be extended through and including June 29, 2017 to allow the parties to complete their fact discovery in this case.

Dated: February 27, 2017

HOPKINS & CARLEY
A Law Corporation

By: /s/ Maria S. Bellafronto
Maria S. Bellafronto
Monique D. Jewett-Brewster
Attorneys for Plaintiffs and Counter-Defendant

///
///
///
///
///

| | |
|---|---|
| Dated: February 27, 2017 | BOUTIN JONES INC.<br><br>By: */s/ Eric Miller*<br>Robert D. Swanson, Esq.<br>Kelley M. Lincoln, Esq.<br>Eric Miller, Esq.<br>Attorneys for Defendant Gregory Cook and Defendant and Counterclaim-Plaintiff VANDERBILT COMMERCIAL LENDING, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 15, 2017.

_____
UNITED STATES DISTRICT JUDGE