1 Maria S. Bellafronto (State Bar No. 161994)
mbellafronto@hopkinscarley.com
2 Monique D. Jewett-Brewster (State Bar No. 217792)
mjb@hopkinscarley.com
3 HOPKINS & CARLEY
A Law Corporation
4 The Letitia Building
70 S First Street
5 San Jose, CA 95113-2406

6 *mailing address:*
P.O. Box 1469
7 San Jose, CA 95109-1469
Telephone: (408) 286-9800
8 Facsimile: (408) 998-4790

9 Attorneys for Plaintiffs and Counter-Defendant
WAKE FOREST ACQUISITIONS, L.P. c/o
10 Corporation Service Company; SHAFFER ASSET
MANAGEMENT CORPORATION c/o Corporation
11 Service Company; ROBERT P. SHAFFER,
individually and as Co-Trustee of the Robert P.
12 Shaffer Revocable Trust; and MARY SHAFFER, as
Co-Trustee of the Robert P. Shaffer Revocable Trust

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| WAKE FOREST ACQUISITIONS, L.P.; SHAFFER ASSET MANAGEMENT CORPORATION; ROBERT P. SHAFFER, individually and as Co-Trustee of the Robert P. Shaffer Revocable Trust; and MARY SHAFFER, as Co-Trustee of the Robert P. Shaffer Revocable Trust,<br><br>Plaintiffs,<br><br>v.<br><br>VANDERBILT COMMERCIAL LENDING, INC.; and GREGORY COOK,<br><br>Defendants. | CASE NO. 2:15-CV-02167-KJM-AC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR EXPERT WITNESS DISCLOSURES AND EXPERT DISCOVERY CUTOFF DATE**<br><br>Judge: Hon. Kimberly J. Mueller |
| VANDERBILT COMMERCIAL LENDING, INC.<br><br>Counterclaim-Plaintiff,<br><br>v. | |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

853\2611802.2
STIPULATION AND ORDER TO EXTEND DEADLINE FOR EXPERT WITNESS DISCLOSURES
AND EXPERT DISCOVERY CUTOFF DATE                                    2:15-CV-02167-KJM-AC

| 1 | WAKE FOREST ACQUISITIONS, L.P., |
| 2 | Counterclaim-Defendant. |

WHEREAS, on June 21, 2016, the Status (Pretrial Scheduling) Order ("Scheduling Order") was entered on the Docket (Dkt. No. 30);

WHEREAS, pursuant to the Court's Scheduling Order, all fact discovery shall be completed in this case by March 10, 2017;

WHEREAS, pursuant to the Court's Scheduling Order, all expert discovery shall be completed in this case by June 9, 2017;

WHEREAS, on February 27, 2017, the parties stipulated, subject to the Court's approval, to extend the fact discovery cutoff date through and including June 29, 2017, as Defendant Gregory Cook's health problems have affected the parties' ability to schedule depositions prior to the current discovery cutoff date (Dkt. No. 36);

WHEREAS, the parties need to conclude fact discovery before experts can complete their opinion reports;

WHEREAS, the parties now wish to continue the expert discovery cutoff date without impacting the dates currently set for the Final Pretrial Conference and Trial in this case;

THEREFORE, since the parties have not been able to complete their fact discovery by the date of this stipulation, and to allow the parties to complete their expert discovery in this case, the parties hereby agree and stipulate that, subject to the Court's approval, (i) the deadline for expert witness disclosures shall be extended through and including July 1, 2017, and (ii) the expert discovery cutoff date shall be extended through and including August 31, 2017.

///

///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

853\2611802.2 - 2 -
STIPULATION AND ORDER TO EXTEND DEADLINE FOR EXPERT WITNESS DISCLOSURES
AND EXPERT DISCOVERY CUTOFF DATE
2:15-CV-02167-KJM-AC

| | | |
|---|---|---|
| Dated: May 9, 2017 | | HOPKINS & CARLEY<br>A Law Corporation |

By: */s/ Maria S. Bellafronto*
    Maria S. Bellafronto
    Monique D. Jewett-Brewster
    Attorneys for Plaintiffs and Counter-Defendant

Dated: May 9, 2017                     BOUTIN JONES INC.

By: */s/ Eric Miller*
    Robert D. Swanson, Esq.
    Kelley M. Lincoln, Esq.
    Eric Miller, Esq.
    Attorneys for Defendant Gregory Cook and Defendant and Counterclaim-Plaintiff VANDERBILT COMMERCIAL LENDING, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 17, 2017

_____
UNITED STATES DISTRICT JUDGE

853\2611802.2      - 3 -
STIPULATION AND ORDER TO EXTEND DEADLINE FOR EXPERT WITNESS DISCLOSURES
AND EXPERT DISCOVERY CUTOFF DATE      2:15-CV-02167-KJM-AC