UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MARY SHAFFER, et al., | No. 2:15-cv-02167-KJM-DB |
|---|---|
| Plaintiff, | |
| v. | AMENDMENT TO SCHEDULING ORDER |
| VANDERBILT COMMERCIAL LENDING, INC., et al., | |
| Defendants. | |

The parties jointly request (ECF No. 46) to amend dates in the current schedule of this case. Good cause appearing, the court GRANTS this request. The court also modifies the schedule as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | June 29, 2017 | July 21, 2017 |
| Expert Disclosures | July 1, 2017 | August 1, 2017 |
| Supplemental Expert Disclosures | May 8, 2017 | August 15, 2017 |
| Completion of Expert Discovery | June 9, 2017 | August 31, 2017 |
| Dispositive Motions Heard No Later Than | July 14, 2017 | September 22, 2017 |
| File Joint Pretrial Conference Statement | October 27, 2017 | December 22, 2017 |
| Final Pretrial Conference | November 17, 2017 | January 12, 2018 |

1 | The due dates for trial and trial briefs are now VACATED, and will be determined
2 | at the final pre-trial conference.
3 | IT IS SO ORDERED.
4 | DATED: June 12, 2017.

_____
UNITED STATES DISTRICT JUDGE