UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY SHAFFER, et al.,

    Plaintiffs,

  v.

VANDERBILT COMMERCIAL LENDING, INC., et al.

    Defendants.

VANDERBILT COMMERCIAL LENDING, INC., et al.,

    Counterclaim-Plaintiffs,

  v.

WAKE FOREST ACQUISITIONS, L.P.,

    Countercl.-Defendants.

No. 2:15-cv-02167-KJM-DB

ORDER

On July 6, 2017, the court granted a request to terminate Attorneys Robert D. Swanson, Kelley M. Lincoln and Eric C. Miller as counsel for Vanderbilt Commercial Lending, Inc. and Gregory Cook. ECF No. 49 (granting ECF No. 37). The court further granted these parties thirty days to obtain substitute counsel and cautioned Vanderbilt Commercial Lending,

1

Inc. that a failure to obtain substitute counsel may subject it to judgment by default. *Id.* More than three months have now lapsed, yet Vanderbilt Commercial Lending, Inc. has not obtained substitute counsel or otherwise kept the court appraised of its intent to do so. Mr. Cook is proceeding pro se.

Accordingly, the Clerk of the Court is ORDERED to enter the DEFAULT of Vanderbilt Commercial Lending, Inc. for failure to defend itself as required in this litigation. Fed. R. Civ. P. 55; L.R. 183.

Plaintiffs are ORDERED to proceed with default judgment proceedings against Vanderbilt Commercial Lending, Inc. within thirty days. *See* L.R. 302(c)(19).

IT IS SO ORDERED.

This resolves ECF No. 49.

DATED: October 16, 2017.

_____
UNITED STATES DISTRICT JUDGE