UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SHAFFER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VANDERBILT COMMERCIAL<br>LENDING, INC., et al.,<br><br>　　　　Defendants. | No. 2:15-cv-2167 KJM DB<br><br><br>ORDER |
| VANDERBILT COMMERCIAL<br>LENDING, INC., et al.,<br><br>　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>WAKE FOREST ACQUISITIONS, L.P.,<br><br>　　　　Countercl.-Defendants. | |

This action came before the court on June 7, 2018, for hearing of plaintiffs' motion for default judgment. (ECF No. 84.) Attorney Monique Jewett-Brewster appeared telephonically on behalf of the plaintiffs. No appearance was made by, or on behalf of, any defendant.

////

1

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. The hearing of plaintiffs' motion for default judgment (ECF No. 79) is continued to **Friday, July 13, 2018,** at **10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

2. On or before June 29, 2018, plaintiffs shall comply with Local Rule 133(j);

3. On or before June 29, 2018, plaintiffs shall submit an itemized statement in support of their request for costs;

4. On or before June 29, 2018, plaintiffs shall amend their motion to provide specific citations to any relevant or referenced exhibits; and

5. On or before July 6, 2018, plaintiffs shall proof of service of the amended filings on the defendants.

Dated: June 7, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\shaffer2167.oah.060718

2