1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARY SHAFFER, et al.,                    No.  2:15-cv-2167 KJM DB

12              Plaintiffs,

13        v.                                  ORDER

14   VANDERBILT COMMERCIAL
     LENDING, INC., et al.,
15

16              Defendants.

17   VANDERBILT COMMERCIAL
     LENDING, INC., et al.,
18

19                     Counterclaim-Plaintiffs,

20        v.

21   WAKE FOREST ACQUISITIONS, L.P.,

22                     Countercl.-Defendants.

23

24        This action came before the court on June 7, 2018, for hearing of plaintiffs' motion for

25   default judgment.  (ECF No. 84.)  Attorney Monique Jewett-Brewster appeared telephonically on

26   behalf of the plaintiffs.  No appearance was made by, or on behalf of, any defendant.

27   ////

28
                                          1

After the hearing, the undersigned issued an order on June 8, 2018.  (ECF No. 85.)  That order, in relevant part, ordered plaintiffs to "amend their motion to provide specific citations to any relevant or referenced exhibits" on or before June 29, 2018.  (Id. at 2.)  Plaintiffs have failed to comply with the June 8, 2018 order.  Instead, on June 29, 2018, plaintiffs filed an amended declaration.  (ECF No. 86.)

As explained by the undersigned at the June 7, 2018 hearing, it is unclear whether all of the 600+ pages of exhibits and declarations filed in connection with plaintiffs' motion for default judgment are necessary to the resolution of that motion.  They may very well be crucial.  But plaintiffs' motion for default judgement makes few specific citations to those voluminous documents.  And the filing of an amended declaration does not provide any additional clarification.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The July 13, 2018 hearing of plaintiffs' motion for default judgment (ECF No. 79) is continued to **Friday, August 10, 2018,** at **10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

2. On or before July 27, 2018, plaintiffs shall file an amended motion for default judgment;

3. Plaintiffs' amended motion for default judgment shall include all necessary exhibits and declaration, and also provide specific, pinpoint, citations to any necessary exhibits or declarations referred to in the amended motion for default judgment; and

4. On or before July 27, 2018, plaintiffs shall file proof of service of the amended motion on the defendants.

Dated:  July 6, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\shaffer2167.hrg.cont2.ord

---

[1]  Plaintiffs' June 29, 2018 amended declaration consists of 357 pages.  (ECF No. 86.)